UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL SARRIA, | No. CV 06-07155 FFM |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 31, 2008.

DATED:  March 31, 2008              /S/ FREDERICK F. MUMM
                                                                           FREDERICK F. MUMM
                                                                       United States Magistrate Judge