Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SARRIA, | ) Case No.: CV 06-7155 FFM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

rights, the amount of three thousand nine hundred dollars and no cents ($3,900.00),

as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

Stipulation.

DATE:     May 27, 2008

_____/S/ FREDERICK F. MUMM
_____
                    UNITED STATES MAGISTRATE JUDGE

-1-